# EXHIBIT A

Court of Common Pleas of Philadelphia County
Trial Division

# Civil Cover Sheet

For Prothonotary Use Only (Docket Number)
OCTOBER 2025 02600
E-Filing Number: 2510052672

| | |
|---|---|
| PLAINTIFF'S NAME<br>MATT GROSSER | DEFENDANT'S NAME<br>WAL-MART STORES EAST LP |
| PLAINTIFF'S ADDRESS<br>1300 FAIRMOUNT AVENUE<br>PHILADELPHIA PA 19123 | DEFENDANT'S ADDRESS<br>702 S.W. 8TH STREET<br>BENTONVILLE AZ 72716 |
| PLAINTIFF'S NAME | DEFENDANT'S NAME<br>WAL-MART STORES EAST, INC. |
| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS<br>702 S.W. 8TH STREET<br>BENTONVILLE AZ 72716 |
| PLAINTIFF'S NAME | DEFENDANT'S NAME<br>WAL-MART STORES, INC. |
| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS<br>702 S.W. 8TH STREET<br>BENTONVILLE AZ 72716 |

| TOTAL NUMBER OF PLAINTIFFS | TOTAL NUMBER OF DEFENDANTS | COMMENCEMENT OF ACTION |
|---|---|---|
| 1 | 4 | ☒ Complaint ☐ Petition Action ☐ Notice of Appeal<br>☐ Writ of Summons ☐ Transfer From Other Jurisdictions |

| AMOUNT IN CONTROVERSY | COURT PROGRAMS |
|---|---|
| ☐ $50,000.00 or less<br>☒ More than $50,000.00 | ☐ Arbitration ☐ Mass Tort ☐ Commerce ☐ Settlement<br>☐ Jury ☐ Savings Action ☐ Minor Court Appeal ☐ Minors<br>☒ Non-Jury ☐ Petition ☐ Statutory Appeals ☐ W/D/Survival<br>☐ Other: |

CASE TYPE AND CODE
2S - PREMISES LIABILITY, SLIP/FALL

STATUTORY BASIS FOR CAUSE OF ACTION

| RELATED PENDING CASES (LIST BY CASE CAPTION AND DOCKET NUMBER) | IS CASE SUBJECT TO COORDINATION ORDER? |
|---|---|
| FILED<br>PRO PROTHY<br>OCT 23 2025<br>S. GILLIAM | YES NO |

TO THE PROTHONOTARY:

Kindly enter my appearance on behalf of Plaintiff/Petitioner/Appellant: MATT GROSSER

Papers may be served at the address set forth below.

| | |
|---|---|
| NAME OF PLAINTIFF'S/PETITIONER'S/APPELLANT'S ATTORNEY<br>KENNETH S. SAFFREN | ADDRESS<br>SAFFREN & WEINBERG<br>815 GREENWOOD AVE<br>SUITE 22<br>JENKINTOWN PA 19046 |
| PHONE NUMBER<br>(215)576-0100<br>FAX NUMBER<br>(215)576-6288 | |
| SUPREME COURT IDENTIFICATION NO.<br>44195 | E-MAIL ADDRESS<br>KSaffren@saffwein.com |
| SIGNATURE OF FILING ATTORNEY OR PARTY<br>*KENNETH SAFFREN* | DATE SUBMITTED<br>Thursday, October 23, 2025, 10:08 am |

**COMPLETE LIST OF DEFENDANTS:**

1. WAL-MART STORES EAST LP
   702 S.W. 8TH STREET
   BENTONVILLE AZ 72716
2. WAL-MART STORES EAST, INC.
   702 S.W. 8TH STREET
   BENTONVILLE AZ 72716
3. WAL-MART STORES, INC.
   702 S.W. 8TH STREET
   BENTONVILLE AZ 72716
4. WALMART SUPERCENTER #4612
   1800 TILDEN RIDGE DRIVE
   HAMBURG PA 19526

Filed and Attested by the
Office of Judicial Records
23 OCT 2025 10:08 am
S. GILLIAM

| | |
|---|---|
| SAFFREN & WEINBERG<br>BY: KENNETH S. SAFFREN, ESQUIRE<br>815 Greenwood Avenue, Suite 22<br>Philadelphia, Pa. 19103<br>215-576-0100<br>Attorney ID# 44195 | Attorney for Plaintiff(s)<br><br>**MAJOR NON JURY** |
| MATTHEW GROSSER<br>1300 Fairmont Avenue<br>Philadelphia, PA 19123<br><br>vs.<br><br>WAL – MART STORES EAST LP<br>702 S.W. 8th Street<br>Bentonville, AR 72716<br><br>and<br><br>WAL – MART STORES EAST, INC.<br>702 S.W. 8th Street<br>Bentonville, AR 72716<br><br>and<br><br>WAL – MART STORES, INC.<br>702 S.W. 8th Street<br>Bentonville, AR 72716<br><br>and<br><br>WALMART SUPERCENTER #4612<br>1800 Tilden Ridge Drive<br>Hamburg, PA 19526 | COURT OF COMMON PLEAS<br><br>PHILADELPHIA COUNTY<br><br>OCTOBER TERM 2025<br><br>NO. |

## NOTICE TO DEFEND

**NOTICE**

**You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the**

**AVISO**

**Le han demandado a usted en la corte. Si usted quiere defenderse de estas demandas expuestas en las páginas siguientes, usted tiene veinte (20) dias de plazo al partir de la fecha de la demanda y la notificación. Hace falta asentar una comparencia escrita o en persona o con un abogado y entregar a la corte en forma escrita sus defensas o sus objeciones a las demandas en contra de su persona. Sea avisado que si usted no se defiende, la corte tomará medidas y puede continuar la demanda en contra suya sin previo aviso o notificación. Además, la corte puede decidir a favor del demandante y requiere que usted cumpla con todas las provisiones de esta**

complaint or for any other claim or relief requested by plaintiff. You may lose money or property or other rights important to you.

**YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP.**

**PHILADELPHIA COUNTY BAR ASSOCIATION**
Lawyer Referral Service
One Reading Center
Philadelphia, PA 19103
(215) 238-6300

demanda. Usted puede perder dinero o sus propiedades o otros derechos importante para usted.

**LLEVE ESTA DEMANDA A UN ABODADO INMEDIATAMENTE. SI NO TIENE ABOGADO O SI NO TIENE EL DINERO SUFICIENTE PARA PAGAR TAL SERVICIO, VAYA EN PERSONA O LLAME POR TELÉFONO A LA OFICINA CUYA DIRECCIÓN SE ENCUENTRA ESCRITA ABAJO PARA AVERIGUAR DONDE SE PUEDE CONSEGUIR ASISTENCIA LEGAL.**

**ASOCIACION DE LICENCIADOS DE FILADELFIA**
Servicio De Referencia E Informacion Legal
One Reading Center
Philadelphia, PA 19107
Telefono: (215) 238-6300

SAFFREN & WEINBERG
BY: KENNETH S. SAFFREN, ESQUIRE
815 Greenwood Avenue, Suite 22
Philadelphia, Pa. 19103
215-576-0100
Attorney ID# 44195

Attorney for Plaintiff(s)

MAJOR NON JURY

| | |
|---|---|
| MATTHEW GROSSER<br>1300 Fairmont Avenue<br>Philadelphia, PA 19123 | COURT OF COMMON PLEAS<br>PHILADELPHIA COUNTY |
| vs. | |
| WAL – MART STORES EAST LP<br>702 S.W. 8th Street<br>Bentonville, AR 72716 | OCTOBER TERM 2025 |
| and | NO. |
| WAL – MART STORES EAST, INC.<br>702 S.W. 8th Street<br>Bentonville, AR 72716 | |
| and | |
| WAL – MART STORES, INC.<br>702 S.W. 8th Street<br>Bentonville, AR 72716 | |
| and | |
| WALMART SUPERCENTER #4612<br>1800 Tilden Ridge Drive<br>Hamburg, PA 19526 | |

## **COMPLAINT**

1. Plaintiff, Matthew Grosser, is an adult individual currently residing at the above address.

2. Defendant, Wal – Mart Stores East LP, is believed to be either a Pennsylvania or foreign corporation, partnership, sole proprietorship or other form of business entity with an address for service at the above address.

3. Defendant, Wal – Mart Stores East, Inc., is believed to be either a Pennsylvania or foreign corporation, partnership, sole proprietorship or other form of business entity with an address for service at the above address.

4. Defendant, Wal – Mart Stores, Inc., is believed to be either a Pennsylvania or foreign corporation, partnership, sole proprietorship or other form of business entity with an address for service at the above address.

5. Defendant, Walmart Supercenter #4612, is believed to be either a Pennsylvania or foreign corporation, partnership, sole proprietorship or other form of business entity with a store and address for service at the above address.

6. At all times material hereto, each of the Defendants, and each of them regularly conducted business within the Commonwealth of Pennsylvania including the City of Philadelphia, in that they regularly marketed, promoted, sold and distributed products at stores and operated stores located within the Commonwealth of Pennsylvania including the City of Philadelphia.

7. At all times material hereto, each of the Defendants acted by and through their respective agents, servants, workmen and/or employees, all of whom acted or failed to act within the course and scope of their agency/employment for Defendants.

8. On or about February 3, 2024, Plaintiff, was a business invitee at the Walmart Supercenter #4612 located at 1800 Tilden Ridge Drive, Hamburg, Pennsylvania

19526 and was in an aisle when suddenly and without warning he tripped and fell on a tote left on the floor causing him to sustain injuries.

9. On or about February 3, 2024, Defendant, Wal-Mart Stores East, L.P. operated the subject premises located at 1800 Tilden Ridge Drive, Hamburg, Pennsylvania 19526.

10. On or about February 3, 2024, Defendant, Wal-Mart Stores East, Inc. operated the subject premises located at 1800 Tilden Ridge Drive, Hamburg, Pennsylvania 19526.

11. On or about February 3, 2024, Defendant, Wal-Mart Stores, Inc. operated the subject premises located at 1800 Tilden Ridge Drive, Hamburg, Pennsylvania 19526.

12. On or about February 3, 2024, Defendant, Walmart Supercenter #4612 operated the subject premises located at 1800 Tilden Ridge Drive, Hamburg, Pennsylvania 19526.

13. On or about February 3, 2024 and for at least six months prior thereto, the Walmart Supercenter #4612 store located at 1800 Tilden Ridge Drive, Hamburg, Pennsylvania 19526, was owned, controlled, under the possession of, managed, and/or maintained by one or more or all of the Defendants.

14. As a direct and proximate result of the aforesaid incident, Plaintiff sustained bodily injuries, including but not limited to his back and other injuries.

15. As a further result of the aforesaid fall, Plaintiff has and may continue to suffer from great physical pain and suffering, mental pain and suffering, emotional upset and other non-economic losses.

16. As a further result of the aforesaid fall, Plaintiff has and may continue to be prevented from engaging in his normal daily activities, duties, routines, hobbies, occupations and professions for which he is entitled to recover.

17. As a further result of the aforesaid fall, Plaintiff has and may continue to suffer from fear, frustration and anxiety.

18. As a further result of the aforesaid fall, Plaintiff has and may continue to suffer from embarrassment, humiliation and degradation.

19. As a further result of the aforesaid fall, Plaintiff has and may continue to suffer from a loss of the normal pleasures and enjoyment of life.

20. As a further result of the aforesaid fall, Plaintiff was required to seek out and obtain medical attention and care for the purposes of treating, diagnosing and otherwise curing his injuries and in regard thereto, has incurred bills or has otherwise become obligated to pay large sums of money for such medical attention and care, and in the future, may be required to seek out and obtain additional medical attention and care and incur additional bills or otherwise become obligated to pay additional sums of money for such additional medical attention and care for which he is entitled to recover.

**COUNT I:**
**MATTHEW GROSSER VS. WAL – MART STORES EAST LP**

21. Plaintiff hereby incorporates the averments of paragraphs 1 through 20 of this Complaint as though set forth herein at length.

22. The aforesaid fall and the injuries/damages sustained by Plaintiff were the direct and proximate result of the negligence and carelessness of the Defendants, Wal – Mart Stores East LP, its agents, servants, workmen and/or employees, and were due in no part to any act or any failure to act on the part of Plaintiff.

23. The aforesaid negligence and carelessness of the Defendant, Wal – Mart Stores East LP, its agents, servants, workmen and/or employees, consisted of the following:

a. causing and/or permitting the aforesaid area to become and remain defective and unsafe;

b. failing to properly and adequately maintain the premises;

c. failing to properly and adequately warn the plaintiff;

d. failing to properly and adequately inspect the area to ascertain the existence of defects and unsafe conditions on the real property;

e. causing and/or permitting unsafe conditions and other defects to become and remain in the aforesaid real property;

f. failing to properly and adequately correct the defective and unsafe conditions of the real property;

g. failing to use due care under the circumstances;

h. failing to properly maintain the property;

i. failing to repair;

j. failing to restrict the public and plaintiff, in particular, from unsafe areas;

k. failing to employ competent individuals;

l. failing to monitor work of its employees;

m. allowing plaintiff to enter an area of danger;

n. permitting hazardous condition to exist and remain in the area where plaintiff fell;

o. failure to warn;

p. failure to maintain real property;

q. failure to make reasonable review of work performed by employees;

r. violating the statutes, ordinances and building codes of Philadelphia County and the Commonwealth of Pennsylvania relating to the premises; and

s. violating the Philadelphia Property and Philadelphia Building Code and Maintenance Code.

24. Defendant, Wal – Mart Stores East LP, is directly liable to Plaintiff for his injuries/damages on account of its own negligence or is vicariously liable pursuant to the doctrine of respondeat superior.

WHEREFORE, Plaintiff, Matthew Grosser, demands judgment in her favor and against Defendant, Wal – Mart Stores East LP, for its fair share, or jointly and/or severally with remaining Defendants, or in the alternative, in an amount in excess of Fifty Thousand Dollars ($50,000.00), together with interest, costs, reasonable counsel fees and such further relief as this Court deems just and appropriate.

**COUNT II:**
**MATTHEW GROSSER VS. WAL – MART STORES EAST, INC.**

25. Plaintiff hereby incorporates the averments of paragraphs 1 through 24 of this Complaint as though set forth herein at length.

26. The aforesaid fall and the injuries/damages sustained by Plaintiff were the direct and proximate result of the negligence and carelessness of the Defendant, Wal –

Mart Stores East, Inc., its agents, servants, workmen and/or employees, and were due in no part to any act or any failure to act on the part of Plaintiff.

27. The aforesaid negligence and carelessness of the Defendant, Wal – Mart Stores East, Inc., its agents, servants, workmen and/or employees, consisted of the following:

a. causing and/or permitting the aforesaid area to become and remain defective and unsafe;

b. failing to properly and adequately maintain the premises;

c. failing to properly and adequately warn the plaintiff;

d. failing to properly and adequately inspect the area to ascertain the existence of defects and unsafe conditions on the real property;

e. causing and/or permitting unsafe conditions and other defects to become and remain in the aforesaid real property;

f. failing to properly and adequately correct the defective and unsafe conditions of the real property;

g. failing to use due care under the circumstances;

h. failing to properly maintain the property;

i. failing to repair;

j. failing to restrict the public and plaintiff, in particular, from unsafe areas;

k. failing to employ competent individuals;

l. failing to monitor work of its employees;

m. allowing plaintiff to enter an area of danger;

n. permitting hazardous condition to exist and remain in the area where plaintiff fell;

o. failure to warn;

p. failure to maintain real property;

q. failure to make reasonable review of work performed by employees;

r. violating the statutes, ordinances and building codes of Philadelphia County and the Commonwealth of Pennsylvania relating to the premises; and

s. violating the Philadelphia Property and Philadelphia Building Code and Maintenance Code.

28. Defendant, Wal – Mart Stores East, Inc., is directly liable to Plaintiff for his injuries/damages on account of its own negligence or is vicariously liable pursuant to the doctrine of respondeat superior.

WHEREFORE, Plaintiff, Matthew Grosser, demands judgment in her favor and against Defendant, Wal – Mart Stores East, Inc., for its fair share, or jointly and/or severally with remaining Defendants, or in the alternative, in an amount in excess of Fifty Thousand Dollars ($50,000.00), together with interest, costs, reasonable counsel fees and such further relief as this Court deems just and appropriate.

**COUNT III:**
**MATTHEW GROSSER VS. WAL – MART STORES, INC.**

29. Plaintiff hereby incorporates the averments of paragraphs 1 through 28 of this Complaint as though set forth herein at length.

30. The aforesaid fall and the injuries/damages sustained by Plaintiff were the direct and proximate result of the negligence and carelessness of the Defendant, Wal –

Mart, Inc., its agents, servants, workmen and/or employees, and were due in no part to any act or any failure to act on the part of Plaintiff.

31. The aforesaid negligence and carelessness of the Defendant, Wal – Mart Stores, Inc., its agents, servants, workmen and/or employees, consisted of the following:

a. causing and/or permitting the aforesaid area to become and remain defective and unsafe;

b. failing to properly and adequately maintain the premises;

c. failing to properly and adequately warn the plaintiff;

d. failing to properly and adequately inspect the area to ascertain the existence of defects and unsafe conditions on the real property;

e. causing and/or permitting unsafe conditions and other defects to become and remain in the aforesaid real property;

f. failing to properly and adequately correct the defective and unsafe conditions of the real property;

g. failing to use due care under the circumstances;

h. failing to properly maintain the property;

i. failing to repair;

j. failing to restrict the public and plaintiff, in particular, from unsafe areas;

k. failing to employ competent individuals;

l. failing to monitor work of its employees;

m. allowing plaintiff to enter an area of danger;

n. permitting hazardous condition to exist and remain in the area where plaintiff fell;

o. failure to warn;

p. failure to maintain real property;

q. failure to make reasonable review of work performed by employees;

r. violating the statutes, ordinances and building codes of Philadelphia County and the Commonwealth of Pennsylvania relating to the premises; and

s. violating the Philadelphia Property and Philadelphia Building Code and Maintenance Code.

32. Defendant, Wal – Mart Stores, Inc., is directly liable to Plaintiff for his injuries/damages on account of its own negligence or is vicariously liable pursuant to the doctrine of respondeat superior.

WHEREFORE, Plaintiff, Matthew Grosser, demands judgment in her favor and against Defendant, Wal – Mart Stores, Inc., for its fair share, or jointly and/or severally with remaining Defendants, or in the alternative, in an amount in excess of Fifty Thousand Dollars ($50,000.00), together with interest, costs, reasonable counsel fees and such further relief as this Court deems just and appropriate.

**COUNT IV:**
**MATTHEW GROSSER VS. WALMARTSUPERCENTER 4612**

33. Plaintiff hereby incorporates the averments of paragraphs 1 through 31 of this Complaint as though set forth herein at length.

34. The aforesaid fall and the injuries/damages sustained by Plaintiff were the direct and proximate result of the negligence and carelessness of the Defendant, Wal –

Mart Supercenter #4612, its agents, servants, workmen and/or employees, and were due in no part to any act or any failure to act on the part of Plaintiff.

35. The aforesaid negligence and carelessness of the Defendant, Wal – Mart Supercenter #4612, its agents, servants, workmen and/or employees, consisted of the following:

a. causing and/or permitting the aforesaid area to become and remain defective and unsafe;

b. failing to properly and adequately maintain the premises;

c. failing to properly and adequately warn the plaintiff;

d. failing to properly and adequately inspect the area to ascertain the existence of defects and unsafe conditions on the real property;

e. causing and/or permitting unsafe conditions and other defects to become and remain in the aforesaid real property;

f. failing to properly and adequately correct the defective and unsafe conditions of the real property;

g. failing to use due care under the circumstances;

h. failing to properly maintain the property;

i. failing to repair;

j. failing to restrict the public and plaintiff, in particular, from unsafe areas;

k. failing to employ competent individuals;

l. failing to monitor work of its employees;

m. allowing plaintiff to enter an area of danger;

n. permitting hazardous condition to exist and remain in the area where plaintiff fell;

o. failure to warn;

p. failure to maintain real property;

q. failure to make reasonable review of work performed by employees;

r. violating the statutes, ordinances and building codes of Philadelphia County and the Commonwealth of Pennsylvania relating to the premises; and

s. violating the Philadelphia Property and Philadelphia Building Code and Maintenance Code.

36. Defendant, Walmart Supercenter #4612, is directly liable to Plaintiff for his injuries/damages on account of its own negligence or is vicariously liable pursuant to the doctrine of respondeat superior.

WHEREFORE, Plaintiff, Matthew Grosser, demands judgment in her favor and against Defendant, Walmart Supercenter #4612, for its fair share, or jointly and/or severally with remaining Defendants, or in the alternative, in an amount in excess of Fifty Thousand Dollars ($50,000.00), together with interest, costs, reasonable counsel fees and such further relief as this Court deems just and appropriate.

SAFFREN & WEINBERG

BY: ______________________________
KENNETH S. SAFFREN, ESQUIRE
Attorney for Plaintiff

VERIFICATION

I, Kenneth S. Saffren, Esquire, counsel for Plaintiff, in this action hereby verify that the statements made in the foregoing Plaintiff's Complaint are true and correct to the best of my knowledge, information and belief and I understand that those statements are made subject to the penalties of 18 Pa. C.S.A. Section 4904, relating to unsworn falsification to authorities.

BY: ______________________
KENNETH S. SAFFREN, ESQUIRE
Attorney for Plaintiff